DENNIS R. INGOLS, ESQ., CSB#236458
LAW OFFICE OF DENNIS R. INGOLS
111 North Market Street, Suite #300
San José, California 95113
T: 408-601-0126
dennis@ingolslaw.com

Attorney for Plaintiffs

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMANUEL WYATT, *et al.*, | Case No. 1:21-CV-00455-MCE-JDP |
| Plaintiffs, | **ORDER ON REQUEST TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF MOTION AND MOTION FOR SUMMARY ADJUDICATION** |
| vs. | |
| COUNTY OF STANISLAUS, *et al.*, | Complaint Filed:  March 18, 2021 |
| Defendants. | Judge:  Morrison C. England |
| | Pre-Trial Conf. Date: tbd |
| | Hearing Date:  Sept. 12, 2024 |
| | Hearing Time:  10:00a.m. |
| | Courtroom:  7 |

FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED THAT Plaintiffs' Request to File Exhibits Under Seal submitted on July 18, 2024 is GRANTED.

Exhibits 1, 8, 10, and 13 to the Declaration of Dennis R. Ingols in Support of Plaintiffs' Motion for Summary Adjudication shall be filed under seal.

IT IS SO ORDERED.

DATED: July 23, 2024

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE