UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EMMANUEL WYATT, et al.,

        Plaintiffs,

      v.

COUNTY OF STANISLAUS, et al.,

        Defendants.

No.  1:21-cv-00455-DAD-JDP

ORDER GRANTING THE PARTIES' STIPULATION

(Doc. No. 98)

Pursuant to the parties' stipulation (Doc. No. 98) and good cause appearing,

1.     Plaintiffs may file an amended complaint joining as plaintiffs minors KTW (d.o.b. 5/2009), LNW (10/2010), JEW (10/2012), YW (10/2014), ZW (5/2016), NW (12/2017), and SW (3/2019); and

2.     Attorney Donnie Cox is hereby appointed as guardian ad litem for the minor plaintiffs.

IT IS SO ORDERED.

Dated:   **April 1, 2026**                       

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

1